DENISE BOURGEOIS HALEY
ATTORNEY AT LAW 143709
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA  90670-4712

TEL: 562/868-5886
FAX:  562/868-5491
E-MAIL: rohlfing_office@msn.com

Attorney for plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISON

| | |
|---|---|
| MARIA G. BERNAL,<br><br>            Plaintiff,<br>    vs.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER SOCIAL<br>SECURITY,<br><br>            Defendant | Case No. CV 07-7688 AGR<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

Based upon the parties' Stipulation to Dismissal With Prejudice ("Stipulation"),

**IT IS ORDERED** that the above-captioned matter is dismissed pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, which dismissal is with prejudice, and subject to the terms and conditions of the Stipulation.

DATED: June 12, 2008

_____
UNITED STATES MAGISTRATE JUDGE

-1-